UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>    v.<br><br>NARESH C PATEL, et al.,<br><br>        Defendants. | Case No.  4:20-cv-07667-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 16 |

On March 5, 2021, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: March 5, 2021

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge